UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61418-CIV-SINGHAL

LOWANDA WILCOX,

    Plaintiff,

v.

JERICO PICTURES, INC.,

    Defendant.
_____/

### ORDER OF TRANSFER

**THIS CAUSE** came before the Court *sua sponte* upon review of the docket. Plaintiff identified in the Civil Cover Sheet (DE [1-1]) to this case that a related case, *Christopher Hofmann v. Jerico Pictures, Inc.*, Case No. 24-cv-61383-DSL (S.D. Fla.), was pending before the Honorable Judge David Leibowitz. The undersigned having reviewed the dockets of both cases, pursuant to Internal Operating Procedure 2.15.00 and subject to consent given below, it is

**ORDERED AND ADJUDGED** that the above-numbered cause is transferred to the calendar of The Hon. David S. Leibowitz for all further proceedings.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of August 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above-numbered cause, the undersigned hereby accepts the transfer of said case. Therefore, it is:

**ORDERED** that all pleadings hereinafter filed shall bear the following case number, Case No. 24-61418-CIV-DSL, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 15th day of August 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Hon. Raag Singhal
Counsel of record via CM/ECF