UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:24-CV-61418-DSL

LOWANDA WILCOX, o*n behalf of herself and all others similarly situated,*

　　　　　Plaintiff,

v.

JERICO PICTURES, INC. d/b/a NATIONAL PUBLIC DATA,

　　　　　Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Lowanda Wilcox ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action as follows:

1. All claims of Plaintiff, individually, are dismissed without prejudice; and
2. All claims of any unnamed member of the proposed class are dismissed without prejudice.

Dated: September 30, 2024　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　*/s/ Jeff Ostrow*
　　　　　　　　　　　　　　　　　Jeff Ostrow FBN 121452
　　　　　　　　　　　　　　　　　Steven Sukert FBN 1022912
　　　　　　　　　　　　　　　　　**KOPELOWITZ OSTROW FERGUSON**
　　　　　　　　　　　　　　　　　**WEISELBERG GILBERT**
　　　　　　　　　　　　　　　　　One West Law Olas Blvd., Suite 500
　　　　　　　　　　　　　　　　　Fort Lauderdale, Florida 33301
　　　　　　　　　　　　　　　　　Tel: (954) 332-4200
　　　　　　　　　　　　　　　　　ostrow@kolawyers.com
　　　　　　　　　　　　　　　　　sukert@kolawyers.com

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and the Putative Class*