UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61418-LEIBOWITZ

**LOWANDA WILCOX**, *Individually and*
*On behalf of all others similarly situated,*

    *Plaintiff*,

v.

**JERICO PICTURES, INC.,**

    *Defendant.*

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 10] (the "Notice"), filed on September 30, 2024. In the Notice, Plaintiff dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as follows:

    1.    All claims of Plaintiff, individually, are dismissed without prejudice; and

    2.    All claims of any unnamed member of the proposed class are dismissed without prejudice. Accordingly, it is hereby **ORDERED AND ADJUDGED** that the instant action is **DISMISSED** *without prejudice.* Each party shall bear its own attorneys' fees and costs. *The Clerk of Court* is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as MOOT.

**DONE AND ORDERED** in the Southern District of Florida on October 2, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record